# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., | Case No. 1:14-cv-05197 |
| Plaintiff, | The Hon. Amy J. St. Eve |
| v. | Magistrate Judge Susan E. Cox |
| LINEAR LLC and NORTEK SECURITY & CONTROL LLC, | |
| Defendants. | |

## AGREED ORDER OF DISMISSAL OF NSC WITH PREJUDICE

The Court has before it the Agreed Motion of Dismissal of NSC with Prejudice. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE

ORDERED that in the above-entitled cause, all claims made by Plaintiff The Chamberlain Group, Inc. ("Chamberlain") against Defendant Linear LLC and Nortek Security & Control LLC (collectively "NSC") are hereby DISMISSED with prejudice to the re-filing of same.

IT IS FURTHER

ORDERED that all costs and expenses relating to this litigation (including attorneys and experts fees and expenses) shall be borne solely by the party incurring same.

This is a Final Judgment.

Dated: December 18, 2015

_____
District Judge Amy J. St. Eve